

MICHAEL A. CARDOZO
*Corporation Counsel*
THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAY A. KRANIS
Special Federal Litigation Division
TEL: 212-788-8683
FAX: 212-788-9776

April 12, 2005

VIA ECF AND BY HAND
The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street
New York, New York    10007-1312

     **Re:**    **Macnamara, et al., v. City of New York, et al.,**
          **04 Civ. 9216 (KMK)**

Dear Judge Karas:

     Pursuant to Your Honor's April 1, 2005, Order, the parties submit the following joint letter to update the Court on developments since the last conference:

     1.  Answers were filed on behalf of Defendants Ingram, Phillips, Rodriguez, Filoseta, Sam, Riggan, Diez, Balicki, Mason, Roman and Choinski; and

     2.  Defendants' counsel transmitted to Plaintiffs' a proposed Case Management Order.

     With respect to Item No. 6, please be advised that counsel for Plaintiffs and Defendants are in favor of consolidation for discovery, but not for trial.

                   Respectfully submitted,

                   Jay A. Kranis (JK 2576)
                   Assistant Corporation Counsel

cc:    Jonathan C. Moore, Esq.(via facsimile - (212) 674-4614)