USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

**FORMAT OF EMAIL PRODUCTION ORDER**

All Consolidated RNC Cases (KMK) (JCF)

04 CIV 7922 (KMK) (JCF)

---------------------------------------------------------------------X

DOCKET IN ALL CASES - SEE ATTACHED APPENDIX A

**WHEREAS**, the above captioned actions are consolidated for discovery before Magistrate Judge James C. Francis IV in the Southern District of New York ("Consolidated RNC Actions"); and

**WHEREAS**, plaintiffs and defendants seek a uniform format for producing email discovery that applies to all parties in the Consolidated RNC Actions; and

**WHEREAS**, this Order has been emailed to the RNC counsel email distribution list prior to it being submitted to the Court to be "so ordered."

**IT IS HEREBY AGREED AND ORDERED THAT:**

1. Emails produced by defendants shall be provided to all RNC plaintiffs as Bates Stamped tiff images on CD-ROM discs.
2. The emails on the CD-ROM shall be organized into folders, which shall be labeled to correspond to the Bates Numbers of the tiff images contained therein.
3. The tiff images shall contain the following fields: subject line, from, to, date, and time, where applicable.
4. Plaintiffs shall produce emails in the manner described in paragraphs 1-3 above or as printed hard copy documents containing the same fields set forth in paragraph 3 above.

5. Neither party is required to produce companion emails meaning that the parties shall produce a single copy of an email to represent both the sent and received emails.

6. The parties shall provide an email production index which shall list the email's Bates Number, subject line, to field, from field, and the date/time fields.

7. All email addresses produced by the parties shall be kept confidential and shall be restricted to attorneys' eyes only and the staff of their respective offices.

8. This order shall govern all Consolidated RNC Actions, which are individually listed in Appendix A, and any further actions filed by any of the current RNC plaintiffs' counsel.

**IT IS SO ORDERED**

DATED: New York, New York
October 10, 2006

James C. Francis IV

James C. Francis IV
USMJ



Oct 4 2006 06:31pm P005/009 Fax:

# Appendix A

1. Abdell, et al v. The City of New York 05CV8453(KMK)(JCF)
2. Adams, et al v. The City of New York 05CV9484(KMK)(JCF)
3. Albertson v. The City of New York 05CV7692(KMK)(JCF)
4. Alexander v. The City of New York 05CV9886(KMK)(JCF)
5. Aloisio et al v. The City of New York 05CV9737(KMK)(JCF)
6. Alpert et al v. The City of New York 05CV9740(KMK)(JCF)
7. Araneda et al v. The City of New York 05CV9738(KMK)(JCF)
8. Banno v. The City of New York 06CV2270(KMK)(JCF)
9. Bastidas, et al v. The City of New York 05CV7670(KMK)(JCF)
10. Bell v. The City of New York 05CV3705(KMK)(JCF)
11. Biddle, et al v. The City of New York 05CV1570(KMK)(JCF)
12. Black v. The City of New York 05CV3616(KMK)(JCF)
13. Botbol, et al v. The City of New York 05CV1572(KMK)(JCF)
14. Bunim et al v. The City of New York 05CV1562(KMK)(JCF)
15. Burns v. The City of New York 05CV1573(KMK)(JCF)
16. Carney, et al v. The City of New York 05CV7672(KMK)(JCF)
17. Carranza v. The City of New York 05CV10010(KMK)(JCF)
18. Coburn et al v. The City of New York 05CV7623(KMK)(JCF)
19. Cohen v. The City of New York 05CV6780(KMK)(JCF)
20. Concepcion v. The City of New York 05CV8501(KMK)(JCF)
21. Conley v. The City of New York 05CV10024(KMK)(JCF)
22. Cooper v. The City of New York 05CV7576(KMK)(JCF)
23. Crotty, et al v. The City of New York 05CV7577(KMK)(JCF)
24. Dinler, et al v. The City of New York 04CV7921(KMK)(JCF)



Oct 4 2006 06:31pm P006/009 Fax:

25. Dolak, et al v. The City of New York 05CV9884(KMK)(JCF)

26. Drescher v. The City of New York 05CV7541(KMK)(JCF)

27. Dudek et al v. The City of New York 04CV10178(KMK)(JCF)

28. Dunlop v. The City of New York 06CV0433(KMK)(JCF)

29. Eastwood et al v. The City of New York 05CV9483(KMK)(JCF)

30. Emmer v. The City of New York 05CV9993(KMK)(JCF)

31. Fox v. The City of New York 05CV9999(KMK)(JCF)

32. Galitzer v. The City of New York 05CV7669(KMK)(JCF)

33. Garbini, et al v. The City of New York 05CV1565(KMK)(JCF)

34. Greenwald et al v. The City of New York 05CV1566(KMK)JCF)

35. Grisham v. The City of New York 05CV8434(KMK)(JCF)

36. Grosso v. The City of New York 05CV5080(KMK)(JCF)

37. Hershey-Wilson v. The City of New York 05CV7026(KMK)(JCF)

38. Huffman, et al. v. The City of New York 05CV7671(KMK)(JCF)

39. Jarick v. The City of New York 05CV7626(KMK)(JCF)

40. Kahl, et al v. The City of New York 05CV9885(KMK)(JCF)

41. Kalra, et al v. The City of New York 05CV1563(KMK)(JCF)

42. Karlin v. The City of New York 05CV7789(KMK)(JCF)

43. Kyne, et al v. The City of New York 06CV2041(KMK)JCF)

44. Lalier, et al v. The City of New York 05CV7580(KMK)(JCF)

45. Lee v. The City of New York 05CV5528(KMK)(JCF)

46. Macnamara, et al v. The City of New York 04CV9216(KMK)(JCF)

47. Marcavage, et al v. The City of New York 05CV4949(KMK)(JCF)

48. Martini v. The City of New York 05CV9881(KMK)(JCF)

49. Meehan, et al v. The City of New York 05CV5268(KMK)(JCF)

50. Miller v. The City of New York 05CV7628(KMK)(JCF)

51. Moran, et al v. The City of New York 05CV1571(KMK)(JCF)

52. Pagoda v. The City of New York 05CV7546(KMK)(JCF)

53. Phillips, et al v. The City of New York 05CV7624(KMK)(JCF)

54. Pickett, et al v. The City of New York 05CV1567(KMK)(JCF)

55. Pincus et al v. The City of New York 05CV7575(KMK)(JCF)

56. Portera v. The City of New York 05CV9985(KMK)(JCF)

57. Rankin v. The City of New York 06CV00362(KMK)(JCF)

58. Remmes v. The City of New York 05CV9940(KMK)(JCF)

59. Reuben v. The City of New York 05CV9987(KMK)(JCF)

60. Rigger v. The City of New York 05CV9882(KMK)(JCF)

61. Ryan, et al v. The City of New York 05CV1564(KMK)(JCF)

62. Scharf v. The City of New York 05CV10012(KMK)(JCF)

63. Schiller, et al v. The City of New York 04CV7922(KMK)(JCF)

64. Sikelianos v. The City of New York 05CV7673(KMK)(JCF)

65. Sloan, et al v. The City of New York 05CV7668(KMK)(JCF)

66. Smith v. The City of New York 05CV7548(KMK)(JCF)

67. Smith v. The City of New York 06CV1779(KMK)(JCF)

68. Starin v. The City of New York 05CV5152(KMK)(JCF)

69. Stark, et al v. The City of New York 05CV7579(KMK)(JCF)

70. Sutter, et al. v. The City of New York 05CV9989(KMK)(JCF)

71. Tikkun v. The City of New York 05CV9901(KMK)(JCF)

72. Tremayne, et al v. The City of New York 05CV1568(KMK)(JCF)

73. Turse v. The City of New York 05CV8562(KMK)(JCF)

74. Vallejo v. The City of New York 05CV7547(KMK)(JCF)



Fax: Oct 4 2006 06:31pm P008/009

75. Wheeler v. The City of New York 05CV10016(KMK)(JCF)

76. Williams, et al v. The City of New York 05CV1569(KMK)(JCF)

77. Winkleman v. The City of New York 05CV2910(KMK)(JCF)

78. Zimmerman v. The City of New York 05CV8483(KMK)(JCF)



Oct 4 2006 06:32pm P009/009 Fax: