UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-14
```

DEIRDRE MACNAMARA, *et al.*,

                Plaintiffs,

-v-

THE CITY OF NEW YORK, *et al.*,

                Defendants.

No. 04-cv-9216 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is Plaintiffs' motion for final approval of (1) the class action settlement; (2) the settlement distribution plan; and (3) Plaintiffs' attorneys' fees. (Doc. No. 541.) For the reasons set forth on the record at the July 11, 2014 fairness hearing, IT IS HEREBY ORDERED THAT the motion is GRANTED.

SO ORDERED.

Dated:      July 14, 2014
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE